**CGFD28** (10/01/16)



ORDERED in the Southern District of Florida on November 27, 2017

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14–19551–PGH

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Lori Stickle
15976 Forsythia Cir
Delray Beach, FL 33484

SSN: xxx–xx–0477

## FINAL DECREE

The trustee, Robin R Weiner, having filed a final report that the estate has been fully administered, is discharged and the case is closed.